

Priority
Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# United States District Court
# Central District of California
# Western Division

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, *et al.*, | CV 03-04784 TJH (RCx) |
|---|---|
| Plaintiffs, | Order |
| v. | |
| MOTOROLA, INC., *et al.*, | |
| Defendants. | |

The Court has considered Plaintiffs' motion for a stay pending reexamination of the patent in suit, together with the moving papers.

It is Ordered that the motion be, and hereby is, Granted.

Date: June 22, 2004



Terry J. Hatter, Jr.
United States District Judge